**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourt.gov

In re:                                                          Case No.: 3:25-BK-04372-JAF

Linda Renee Siplin-Perry,                          Chapter 13

        Debtor.

_____/

## <u>OBJECTION TO CONFIRMATION</u>

RTO National, LLC ("Creditor") objects to the confirmation of the Debtor's most recently filed Chapter 13 Plan and states:

1. Creditor and Debtor entered into a lease purchase agreement relating to a **12 x 16 Storage Building** ("the collateral").  A copy of that agreement is attached to Creditor's Proof of Claim number four.

2. As of the petition date, Creditor was owed $12,240.00 under the agreement.  The Debtor's Plan asserts the agreement is a disguised sale and attempts to value Creditor's claim at $1,500.00 and Debtor's companion objection to Creditor's claim seeks to have claim 4 deemed a secured claim.

3. The proposed Plan also provides that Creditor's claim will be paid 4.00% over the life of the Plan as if Creditor's claim was not based on a "true lease."

4. Creditor does not accept the proposed Plan.  Debtor must assume or reject the agreement and provide for payment of all pre and post-petition arrears to Creditor.

**WHEREFORE,** Creditor requests that the proposed Plan be denied confirmation and for such other relief as the Court deems appropriate.

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 26-116

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on May 13, 2026 to:

Douglas W Neway, Post Office Box 4308, Jacksonville, FL 32201
*Trustee* (usual place of business)

Bryan K. Mickler, Mickler & Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211
*Attorney for Debtor* (usual place of business)

Linda Renee Siplin-Perry, 3130 Mecca St., Jacksonville, FL 32209
*Debtor* (usual place of abode)

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 26-116