

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/03/2026 01:30 PM

COURTROOM   4D, 4th Floor

## HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |

**3:25-bk-04372-JAF**        **13**            **11/24/2025**

**Chapter 13**

**DEBTOR:**        Linda Siplin-Perry

**DEBTOR ATTY:**  **Bryan Mickler**

**TRUSTEE:**        **Douglas Neway**

## HEARING:

1. Preliminary Hearing on Objection to Claim No. 4 of RTO National, LLC Filed by Bryan K. Mickler on behalf of Debtor Linda Renee Siplin-Perry Doc 22
-Objection to Debtor's Objection to Claim of RTO National, LLC. Filed by Chad D Heckman on behalf of Creditor RTO National, LLC Doc 29
2. Preliminary Hearing on Motion to Determine Secured Status/Value of RTO National, LLC Total   Secured   Amount Claimed: $1,500.00 Filed by Bryan K. Mickler on behalf of Debtor Linda Renee Siplin-Perry Doc 23
-Objection to Motion to Value Secured Claim 4 of RTO National, LLC Filed by Chad D Heckman on behalf of Creditor RTO National, LLC Doc 28

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Preliminary Hearing on Objection to Claim No. 4 of RTO National, LLC Filed by Bryan K. Mickler on behalf of Debtor Linda Renee Siplin-Perry Doc 22

 #1 AND #2 AGREED ORDER MICKLER

-Objection to Debtor's Objection to Claim of RTO National, LLC. Filed by Chad D Heckman on behalf of Creditor RTO National, LLC Doc 29

2. Preliminary Hearing on Motion to Determine Secured Status/Value of RTO National, LLC Total   Secured   Amount Claimed: $1,500.00 Filed by Bryan K. Mickler on behalf of Debtor Linda Renee Siplin-Perry Doc 23

-Objection to Motion to Value Secured Claim 4 of RTO National, LLC Filed by Chad D Heckman on behalf of Creditor RTO

National, LLC Doc 28
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.