

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/23/2026 01:30 PM

COURTROOM   4D, 4th Floor

HONORABLE JERRY FUNK

CASE NUMBER:                                              FILING DATE:

**3:25-bk-04372-JAF**          **13**          **11/24/2025**

**Chapter 13**

**DEBTOR:**          Linda Siplin-Perry

**DEBTOR ATTY:**   **Bryan Mickler**

**TRUSTEE:**          **Douglas Neway**

**HEARING:**

Rescheduled Confirmation Hearing
-Objection to Confirmation of of Debtors Amended Chapter 13 Plan Filed by Armando Nozzolillo on behalf of Creditor Exeter
          Finance LLC Doc 21
-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor RTO National, LLC Doc 27

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Rescheduled Confirmation Hearing

 B/C RESCHEDULED TO SEPTEMBER 15 @ 1:30 AOCNFN

-Objection to Confirmation of of Debtors Amended Chapter 13 Plan Filed by Armando Nozzolillo on behalf of Creditor Exeter
Finance LLC Doc 21

-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor RTO National, LLC Doc 27
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure
to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being
denied as moot. This docket entry/document is not an official order of the Court.